RECEIVED
JUL 1 1 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| ANNETTE RANDALL | CIVIL ACTION NO. 06-2093 |
|---|---|
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for a Supplemental Report and Recommendation. After an independent review of the record, the applicable jurisprudence, and the objections filed by the claimant, this Court ADOPTS the findings of the magistrate judge as modified in the Memorandum Ruling dated July 11, 2008.

Accordingly, for the reasons set forth in the Memorandum Ruling dated July 11, 2008, IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___11___ day of ___July___, 2008

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE